Richard SOVELL, Respondent,

v.

Swift–ECKRICH, INC., Self–Insured/Gallagher Bassett Services, Relators,

and

**Blue Cross/Blue Shield of Minnesota, Intervenor.**

No. C9–01–2098.

Supreme Court of Minnesota.

Feb. 19, 2002.

Linda Schoep, Schoep & McCashin, Chtd., Alexandria, for Respondent.

James R. Waldhauser, David Matthew Bialke, Cousineau, McGuire & Anderson, Chartered, Minneapolis, for Relators.

Blue Cross/Blue Shield of Minnesota, St. Paul, for Intervenor.

### O R D E R

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 6, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

/s/ Kathleen A. Blatz
Chief Justice.